# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-7010M |
| REACY D. PACKNETT | Phillip Ogden |

**THE DEFENDANT:**

 Pleaded guilty to count One of the Information, Driving Under Restraint, 18 U.S.C. 13; C.R.S. 42-2-138(1)(a).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| C.R.S. 42-2-138(1)(a) | Driving Under Restraint | 12-15-05 | 1 |

 The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

 Violation Notice Numbers S0025777, and S0025778 are dismissed pursuant to the plea agreement entered.

 IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 1, 2006
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland
U.S. Magistrate Judge
Name & Title of Judicial Officer

March 2, 2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) days to commence on March 27, 2006, or thereafter as directed by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## MONETARY OBLIGATIONS

The defendant is assessed the following fees and costs.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| proc fee | $25.00 | | |
| spec assmt | $25.00 | | |
| **TOTALS** | $50.00 | $0.00 | $0.00 |

## FURTHER ORDERS OF THE COURT

The Defendant shall complete Level I Drug and Alcohol Counseling and Education and shall bear the costs of same. Completion of Level II Drug and Alcohol Counseling through the Veteran's Administration shall meet this requirement.